**Appeal Dismissed and Memorandum Opinion filed March 3, 2020**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00995-CR

### DAMON KENDRICK DOVE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCR-061181A**

### MEMORANDUM OPINION

This is an attempted appeal from the trial court's "Order on Intervenor's Petition In Intervention and Motion to Unseal Court Records." Generally, we only have jurisdiction to consider an appeal by a criminal defendant when there has been a final judgment of conviction. *See Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). The order on appeal is not a final judgment of conviction.

On January 23, 2020, we notified the parties that the appeal would be

dismissed for want of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

We dismiss the appeal for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b)